LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818)347-4118
Attorneys for Plaintiffs

MORALES & LEANOS
Jaime A. Leanos, Esq. (Bar No. 159471)
jleanoslaw@pacbell.net
75 E. Santa Clara St., Suite 250
San Jose, CA 95113
Telephone: (408) 294-6800
Facsimile: (408) 294-7102
Attorneys for Plaintiffs

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Ste. 160
Gold River, California 95670
Tel: 916-922-1200 Fax: 916-922-1303
Shanan L. Hewitt, SBN 200168
SHewitt@rhplawyers.com
Jonathan B. Paul, SBN 215884
JPaul@rhplawyers.com

Attorney for Defendants,
COUNTY OF STANISLAUS

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.S., a minor, by and through his guardian ad litem Jessica Moreno, individually and as successor in interest to Rudy Santillan, Sr., deceased, and JORGE VICENTE, individually,<br><br>*Plaintiffs*,<br>v.<br><br>County of Stanislaus; Dany Anderson; Miguel Garcia; Eric Torres; Dustin Willey; Alberto Navarro; Eric Garcia; Benjamin Carnes; Barry Balance; Morin Yom; Colton Hughes; Robert Domingos and DOES 1-20 10, inclusive,<br><br>*Defendants*. | CASE NO.: 1:20-cv-01170-DAD-SKO<br><br>**STIPULATION and ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>[E.D. Cal. L.R. 144(a)]<br><br>**(Doc. 10.)** |

Plaintiffs, by and through their counsel Dale K. Galipo, Esq. and Renee Masongsong, Esq. of the Law Offices of Dale K. Galipo and Jaime A. Leanos of the Law Office of Morales & Leanos and Defendant County of Stanislaus, by and through counsel Shanan L. Hewitt, Esq. and Jonathan B. Paul, Esq. of the Law Offices of Rivera Hewitt Paul LLP, hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit Defendants to file a responsive pleading to Plaintiffs' Complaint for Damages (Doc. 1) filed on August 19, 2020, in accordance with the pleading requirements of the Federal Rules of Civil Procedure. The parties stipulate and have agreed to extend the responsive pleading deadline follows:

(1) Defendants, including the COUNTY OF STANISLAUS was served with this lawsuit on or about October 1, 2020.

(2) The undersigned defense counsel was contacted on October 1, 2020 regarding possible representation of COUNTY OF STANISLAUS, DANNY ANDERSON, MIGUEL GARCIA, ERIC TORRES, DUSTIN WILLEY, ALBERTO NAVARRO, ERIC GARCIA, BENJAMIN CARNES, BARRY BALANCE, MORIN YOM, COLTON HUGHES, and ROBERT DOMINGOS. After conducting a conflict check, defense counsel accepted the assignment, but to date is still awaiting case-related materials from the Stanislaus County Sheriff's Department and will need to communicate with all individual Deputy Defendants involved in the incident at issue in order to determine if joint representation is feasible and in order to properly prepare a responsive pleading to the Complaint (Doc. 1).

(3) Under these circumstances, the parties have agreed and hereby stipulate to extend the time for Defendants COUNTY OF STANISLAUS, et al. to respond to the Complaint (Doc. 1) from the original responsive pleading due date of October 22, 2020 to the agreed upon date of November 19, 2020 and further have agreed that the Mandatory Scheduling Conference currently set for November 10, 2020 should likewise be continued by the Court.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated: October 8, 2020 | LAW OFFICES OF DALE K. GALIPO |
| | |
| | */s/ Dale K. Galipo* |
| | DALE K. GALIPO |
| | RENEE MASONGSONG |
| | Attorneys for Plaintiffs |
| Dated: October 8, 2020 | MORALES & LEANOS |
| | |
| | */s/ Jaime Leanos* |
| | JAIME LEANOS |
| | Attorneys for Plaintiffs |
| Dated: October 8, 2020 | RIVERA HEWITT PAUL LLP |
| | |
| | */s/ Jonathan B. Paul* |
| | SHANAN L. HEWITT |
| | JONATHAN B. PAUL |
| | Attorneys for Defendant |
| | County of Stanislaus |

## **ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendants COUNTY OF STANISLAUS, et al. to file a responsive pleading to Plaintiffs' Complaint (Doc. 1) is HEREBY GRANTED.  Defendants COUNTY OF STANISLAUS, et al., shall file and serve their responsive pleading to Plaintiffs' Complaint no later than November 19, 2020.

Based on the foregoing, the Mandatory Scheduling Conference currently set for October 27, 2020, will be CONTINUED to **January 7, 2021, at 10:15 a.m.** before Magistrate Judge

Sheila K. Oberto.  The parties SHALL file their joint scheduling report by no later than December 31, 2020.

IT IS SO ORDERED.

Dated:   **October 9, 2020**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE