1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

9  | R.S., individually and as successor in
10 | interest to Rudy Santillan, Sr.,
   | deceased,

Case No. 1:20-cv-01170-DAD-SKO

11 |          Plaintiff,

**ORDER GRANTING JOINT**
**STIPULATION TO CONTINUE THE**
**DISCOVERY DATES**

12 |     vs.

13 | COUNTY OF STANISLAUS;
   | DANNY ANDERSON; MIGUEL
14 | GARCIA; ERIC TORRES; DUSTIN
   | WILLEY; ALBERTO NAVARRO;
15 | ERIC GARCIA; BENJAMIN
   | CARNES; BARRY BALANCE;
16 | MORIN YOM; COLTON HUGHES;
   | ROBERT DOMINGOS,
17 |
18 |          Defendants.

**(Doc. 23)**

19

20

21

22

23

24

25

26

27

28

ORDER

## ORDER

Having reviewed the parties' joint stipulation (Doc. 23) and good cause appearing therefore (*see* Fed. R. Civ. P. 16(b)(4)), it is hereby ordered that the Scheduling Order (Doc. 15) is MODIFIED as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Fact Discovery Cutoff | 4/5/2022 | 5/5/2022 |
| Initial Expert Disclosures | 4/29/2022 | 5/16/2022 |
| Rebuttal Expert Disclosures | 6/7/2022 | 6/14/2022 |
| Expert Discovery Cutoff | 7/7/2022 | no change |

All other deadlines in the Scheduling Order remain as set.

IT IS SO ORDERED.

Dated:   **March 21, 2022**                     /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE