# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor, by and through his guardian *ad litem* Jessica Moreno, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; ROBERT DOMINGOS and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:20-cv-01170-DAD-SKO<br><br>Hon. Dale A. Drozd<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT TO NAME G.S. AS A PLAINTIFF**<br><br>**(Doc. 26)** |

Having reviewed the Parties' joint stipulation to allow Plaintiff to amend his complaint (Doc. 26), it is hereby ORDERED as follows:

1. Plaintiff may amend his operative complaint to name G.S. as a plaintiff in the above-referenced matter;

2. Plaintiff shall file the amended complaint within 10 days of this Court's order on the instant stipulation; and

3. Defendants shall accept service of the amended complaint via the electronic filing system and shall respond to the amended complaint within 21 days of service of the complaint.

IT IS SO ORDERED.

Dated:  **May 9, 2022**                              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE