**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; ROBERT DOMINGOS,<br><br>　　　　Defendants. | Case No. 1:20-cv-01170-DAD-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE DISCOVERY DATES AND SETTING TRIAL DATE**<br><br>(Doc. 30) |

ORDER

Having reviewed the parties' Joint Stipulation to Continue the Expert Discovery Dates by 30 Days (Doc. 30), and good cause appearing therefor,

the Court hereby ORDERS that the case schedule is MODIFIED as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Initial Expert Disclosures | May 16, 2022 | June 17, 2022 |
| Rebuttal Expert Disclosures | June 14, 2022 | July 15, 2022 |
| Expert Discovery Cutoff | July 7, 2022 | August 8, 2022 |
| Non-Dispositive Motion Filing[1] | July 20, 2022 | August 17, 2022 |
| Non-Dispositive Motion Hearing | August 17, 2022 | September 21, 2022 |

All other dates and deadlines shall remain as set.  (*See* Docs. 15, 25.)

Furthermore, the trial is SET for April 4, 2023, at 1:00 p.m. in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

IT IS SO ORDERED.

Dated:   **May 16, 2022**                                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court, on its own motion, continues the non-dispositive motion deadlines to after the close of expert discovery.