# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; ROBERT DOMINGOS,<br><br>　　　　Defendants. | Case No. 1:20-cv-01170-DAD-SKO<br><br>**ORDER GRANTING JOINT SIPULATION AND REQUEST FOR A COURT ORDER DIRECTING THE STANISLAUS COUNTY CORONER'S OFFICE TO PRODUCE THE DECEDENT'S SPECIMENS, HISTOLOGY SLIDES AND/OR SAMPLES FOR INSPECTION**<br><br>(Doc. 34) |

On June 16, 2022, the parties filed a "Joint Stipulation and Request for a Court Order Directing the Stanislaus County Coroner's Office to Produce the Decedent's Specimens, Histology Slides, and/or Samples for Inspection" (the "Stipulation"). (Doc. 34.)  Good cause appearing, the Stipulation is GRANTED.

The Office of the Stanislaus County Sheriff's Department, Coroner's Division, and/or its laboratories and/or agents are hereby ordered to produce or make available for inspection the following materials: any and all autopsy reports and photographs of Rudy Santillan, Sr.; and any and all specimens, samples, and/or histology slides taken from the body of Rudy Santillan, Sr., including but not limited to heart, brain, and lungs for non-destructive analyses and/or testing.  (Coroner Case No. C19001664).

Said materials are to be utilized solely for the purposes of this litigation and shall be shared by the Parties and their counsel only with their consultants, office staff, experts, and such witnesses as to which good cause exists for the inspection of the materials.

IT IS SO ORDERED.

Dated:   **June 17, 2022**                             /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE