# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; and ROBERT DOMINGOS,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01170-DAD-SKO<br><br>*U.S. Magistrate Judge Sheila K. Oberto*<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE**<br><br>(Doc. 37) |

Having reviewed the parties' joint stipulation (Doc. 37), and good cause appearing therefor, it is hereby ordered that the Scheduling Order (Docs. 15, 32) is MODIFIED as follows:

| Event | Current Date | Continued Date |
|---|---|---|
| Expert Discovery Cutoff | August 8, 2022 | September 30, 2022 |
| Non-Dispositive Motion Filing[1] | August 17, 2022 | October 12, 2022 |
| Non-Dispositive Motion Hearing | September 21, 2022 | November 16, 2022 |
| Dispositive Motion Filing | August 23, 2022 | October 31, 2022 |
| Pretrial Conference[2] | January 23, 2023 | February 13, 2023 at 2:30 p.m. |
| Trial | April 4, 2023 | April 11, 2023 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **August 10, 2022**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The Court, on its own motion, continues the non-dispositive motion deadlines to after the close of expert discovery.
[2] The Court continues the pretrial conference and trial to allow adequate time for the Court to rule on the parties' dispositive motions and to permit the parties sufficient time to prepare their pretrial submissions and for trial.