# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; and ROBERT DOMINGOS,<br><br>Defendants. | Case No. 1:20-cv-01170-ADA-SKO<br><br>*U.S. Magistrate Judge Sheila K. Oberto*<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST FOR A COURT ORDER DIRECTING THE STANISLAUS COUNTY JUVENILLE HALL TO PROVIDE INTERNET VIDEO TELECONFERENCING ACCESS TO INMATE RUDOLFO ISRAEL MORENO FOR THE SEPTEMBER 2, 2022 MEDIATION**<br><br>(Docs. 41 , 42) |

Before the Court is Plaintiffs' Unopposed Request for a Court Order Directing the Stanislaus County Juvenile Hall to Provide Internet Video Teleconferencing Access to Inmate Rudolfo Israel Moreno for the September 2, 2022 Mediation (the "Request"). (Docs. 41, 42.) As Plaintiffs indicate that the Request is unopposed, and for good cause shown, the Court GRANTS the Request and ORDERS as follows:

The Stanislaus County Juvenile Hall, located at Unit 6, 2215 Blue Gum Ave., Modesto, CA 95358, shall provide internet video teleconferencing, to the extent available, to inmate Rudolfo Israel Moreno on September 2, 2022, beginning at 10:00 a.m. and up until approximately 2:00 p.m. for the purpose of participating in the mediation in the above-referenced lawsuit. Alternatively, in the event that Plaintiff Rudolfo Israel Moreno is transferred to the adult facility, then the Stanislaus County Jail, which is the adult facility, located at 200 Hackett Rd., Modesto, CA 95358, shall provide internet video teleconferencing, to the extent available, to Plaintiff Rudolfo Israel Moreno on September 2, 2022, from approximately 10:00 a.m. to 2:00 p.m. for the purpose of the mediation on that date.

IT IS SO ORDERED.

Dated:   **August 31, 2022**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE