# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-01170-ADA-SKO<br><br>ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF G.S.<br><br>(Doc. 44) |

On October 5, 2022, non-party Stephanie Brinkerhoff filed an application for appointment as guardian ad litem for her minor child, Plaintiff G.S. (Doc. 44.) Having considered the application and supporting declarations, the Court finds that good cause appears to appoint non-party Stephanie Brinkerhoff as minor Plaintiff G.S. guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a). Accordingly, IT IS HEREBY ORDERED that non-party Stephanie Brinkerhoff is APPOINTED as the guardian ad litem for minor Plaintiff G.S.

IT IS SO ORDERED.

Dated:   **October 6, 2022**             /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE