LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333; Facsimile: (818) 347-4118

MORALES & LEANOS
Jaime A. Leanos, Esq. (Bar No. 159471)
jleanoslaw@pacbell.net
75 E. Santa Clara St., Suite 250
San Jose, CA 95113
Telephone: (408) 294-6800
Facsimile: (408) 294-7102

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al.,

Plaintiffs,

vs.

COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; ROBERT DOMINGOS,

Defendants.

Case No. 1:20-cv-01170-ADA-SKO

*U.S. District Judge Ana de Alba*
*U.S. Magistrate Judge Sheila K. Oberto*

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES**

**TO THE HONORABLE COURT:**

Plaintiffs, R.S. and G.S., and Defendants, COUNTY OF STANISLAUS; DANNY ANDERSON; MIGUEL GARCIA; ERIC TORRES; DUSTIN WILLEY; ALBERTO NAVARRO; ERIC GARCIA; BENJAMIN CARNES; BARRY BALANCE; MORIN YOM; COLTON HUGHES; ROBERT DOMINGOS ("the Parties"), through their respective attorneys of record, hereby stipulate and notify this Court as follows:

WHEREAS, the parties have reached an agreement to settle the entire case.

WHEREAS, this case involves a minor plaintiff, G.S., who will need to file a petition for approval of the compromise of his claims with this Court.

WHEREAS, the parties request that all dates and deadlines be vacated, including the trial date, based on the parties' settlement of the entire action.

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for ninety (90) days to allow time for the minor plaintiff, through his guardian ad litem, to select annuity proposals and file his petition, to allow time for this Court to consider the minor's compromise petition, and to allow time for the parties to consummate the terms of the settlement, including payment of the settlement funds.

WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

IT IS SO STIPULATED.

DATED: October 6, 2022

LAW OFFICES OF DALE K. GALIPO

/s/

Dale K. Galipo
*Attorneys for Plaintiffs*

//

DATED: October 6, 2022

LAW OFFICES OF JAIME LEANOS

/s/

Jaime Leanos
*Attorneys for Plaintiffs*

DATED: October 6, 2022

RIVERA HEWITT PAUL LLP

/s/

Jonathan B. Paul
Shanan L. Hewitt
*Attorneys for Defendants*