UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., individually and as successor in interest to Rudy Santillan, Sr., deceased, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> COUNTY OF STANISLAUS, et al., <br><br>   Defendants. | No.  1:20-cv-01170-ADA-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 55) |

On February 27, 2023, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 55.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 28, 2023**         /s/ *Sheila K. Oberto*           
                                                            UNITED STATES MAGISTRATE JUDGE